UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NORTH AMERICA PHOTON INFOTECH, LTD., | X : : : : | Civil Action. No. 1:22-cv-12052 (FDS) |
| Plaintiff, | : : | |
| v. | : : | DEFENDANT'S CROSS MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS |
| ACQUIA, INC., | : : : | |
| Defendant. | : : : X | |

Defendant Acquia, Inc. ("Acquia") hereby cross-moves to compel discovery and for sanctions. In support of this motion, Acquia submits herewith a supporting memorandum of law and the Declaration of Irwin B. Schwartz in Opposition to Emergency Motion for Protective Order and in Support of Cross Motion to Compel Discovery and for Sanctions.

Dated: June 4, 2024

    Respectfully Submitted,

    Acquia Inc.,
    By its attorney,

    __/s/ Irwin B. Schwartz_____
    Irwin B. Schwartz (BBO# 548763)
    ischwartz@blaschwartz.com
    BLA Schwartz, PC
    One University Ave., Suite 302B
    Westwood, Massachusetts 02090
    Phone:  781-636-5000
    Fax:     781-636-5090

## CERTIFICATE OF SERVICE

I, Irwin B. Schwartz, as attorney for Defendant Acquia, Inc., hereby certify that on this 4th day of June 2024, I filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                 /s/ Irwin B. Schwartz
                                                 Irwin B. Schwartz