# Exhibit B

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| NORTH AMERICA PHOTON INFOTECH, LTD., | ) ) ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 1:22-cv-12052 (FDS) |
| | ) | |
| v. | ) | |
| | ) | |
| ACQUIA INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S SECOND AMENDED RESPONSES TO DEFENDANT'S
INTERROGATORY NOS. 1-3**

Pursuant to Magistrate Judge Jennifer C. Boal's March 13, 2024 Order [EFC No. 64 at 4]

and Federal Rules of Civil Procedure 26 and 33, Plaintiff North America Photon Infotech, Ltd.

("Photon") amends its responses to Interrogatory Nos. 1 through 3 of *Defendant Acquia, Inc.'s*

*First Set of Interrogatories* as follows. The following responses to Interrogatory Nos. 1 through 3

are based upon information presently available to Photon and its attorneys. Photon will supplement

these responses as additional information is discovered consistent with its obligations to do so

under the Federal Rules.

1

## SPECIFIC OBJECTIONS AND RESPONSES

**INTERROGATORY NO. 1:** Identify each and every Acquia product that is the basis for Your claim for additional commissions due from Your referral of Mars to Acquia as alleged in Complaint ¶¶ 18-20 and for each identified product, state; (a) The name of the Acquia product; (b) The date of the Acquia product initial subscription or service; (c) the date(s) of Acquia product subscription or service that are the basis of Your claim for unpaid commissions; and (d) net sales price of the subscription or services that is the basis of Your claim for unpaid commissions.

**RESPONSE:**

| Document Type | General Subject Matter | Date | Author | Recipients | The date(s) of Acquia product subscription or service that are the basis of Your claim for unpaid commissions | The net sales price of the subscription or services that is the basis of Your claim for unpaid commissions |
|---|---|---|---|---|---|---|
| Excel spreadsheet (Acquia001484-1513 - HIGHLY CONFIDENTIAL - Bayer Mars Walgreens - All Deals 4879-4696-7203 v.1) | "All Deals" between Mars and Aquia, including (among other things) the opportunity record type, account name, opportunity name, stage, fiscal period, amount, exchange rate, USD amount, expected revenue currency, close date, | Document produced on January 26, 2024. | Acquia | Unknown | Acquia product subscriptions and services are identifiable by Acquia from the information contained in column E (Opportunity Name), rows 382-473. The date of Acquia product subscriptions and services that are the basis of Photon's claim for unpaid commissions | The "net sales price" of Acquia product subscriptions and services for "Closed Won" are identified in column K (USD Amount) and totals ███████ |

| | | | | | | |
|---|---|---|---|---|---|---|
| | created date, net total first year USD, total ACV, ACV bookings sum, non recurring revenue USD, upsell bookings USD, new bookings USD, and renewal bookings USD. | | | | is found in column P (Close Date). | |
| Invoices (Acquia001406-1440) | Invoices raised by Acquia to Mars. | Documents produced on January 26, 2024. | Acquia | Mars | Acquia product subscriptions and services and dates regarding same are identified on each of the 20 invoices, including Acquia Cloud Site Factory and Acquia Site Factory. | The "net sales price" of Acquia product subscriptions and services are identified on each of the 20 invoices and total ███████████ |
| Invoices (Acquia001441-1468) | Invoices raised by Acquia to Mars. | Documents produced on January 26, 2024. | Acquia | Mars | Acquia product subscriptions and services and dates regarding same are identified on each of the 19 invoices, | The "net sales price" of Acquia product subscriptions and services are identified on each of the 19 invoices |

3

| | | | | | including Acquia Cloud Site Factory and Acquia Site Factory. | and total ███████ |
|---|---|---|---|---|---|---|
| Order Form (Acquia001020-1022) | Order raised by Acquia to Mars. | 11/7/2018 | Acquia | Mars | Acquia product subscriptions and services and dates regarding same are identified on Order Form, including Acquia Cloud Site Factory, Acquia Cloud Edge, and Acquia Journey. | The "net sales price" of Acquia product subscriptions and services are identified on Order Form and total ███████ |
| Order Form (Acquia001023-1024) | Order raised by Acquia to Mars. | 6/19/2019 | Acquia | Mars | Acquia product subscription and service and date regarding same is identified on Order Form, including Acquia Cloud Site Factory. | The "net sales price" of Acquia product subscriptions and services is identified on Order Form and totals ███████ |
| Order Form (Acquia001025-1026) | Order raised by Acquia to Mars. | 9/16/2019 | Acquia | Mars | Acquia product subscriptions and services and dates regarding same are identified on Order Form, including | The "net sales price" of Acquia product subscriptions and services are identified on Order Form and total ███████ |

| | | | | | Acquia Cloud Site Factory and Acquia Cloud Edge. | |

**INTERROGATORY NO. 2:** Identify each and every Acquia product that is the basis for Your claim for commissions due from Your resale to WBA of Acquia products as alleged in Complaint ¶ 21 and for each identified product, state; (a) The name of the Acquia product; (b) The date of the Acquia product initial subscription or service; (c) the date(s) of Acquia product subscription or service that are the basis of Your claim for unpaid commissions; and (d) net sales price of the subscription or services that is the basis of Your claim for unpaid commissions.

**RESPONSE:**

| Document Type | General Subject Matter | Date | Author | Recipients | The date(s) of Acquia product subscription or service that are the basis of Your claim for unpaid commissions | The net sales price of the subscription or services that is the basis of Your claim for unpaid commissions |
|---|---|---|---|---|---|---|
| Excel spreadsheet (Acquia001484-1513 - HIGHLY CONFIDENTIAL - Bayer Mars Walgreens - All Deals 4879-4696-7203 v.1) | "All Deals" between Walgreens and Aquia, including (among other things) the opportunity record type, account name, opportunity name, stage, fiscal period, amount, exchange rate, USD | Document produced by Acquia on January 26, 2024. | Acquia | Unknown | Acquia product subscriptions and services are identifiable by Acquia from the information contained in column E (Opportunity Name), rows 478 -507. The date of Acquia product subscriptions and services that are the | The "net sales price" of Acquia product subscriptions and services for "Closed Won" are identified in column K (USD Amount) and totals ████████ |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| | amount, expected revenue currency, close date, created date, net total first year USD, total ACV, ACV bookings sum, non recurring revenue USD, upsell bookings USD, new bookings USD, and renewal bookings USD. | | | | basis of Photon's claim for unpaid commissions is found in column P (Close Date). | |
| Order Form (Acquia001546-1548) | Order raised by Acquia to Walgreens. | Document produced on January 26, 2024. | Acquia | Walgreens | Acquia product subscriptions and services and dates regarding same are identified on Order Form, including Acquia Cloud Platform Plus. | The "net sales price" of Acquia product subscriptions and services are identified on Order Form and total ▮▮▮▮ |
| Order Form (Acquia001549-1552) | Order raised by Acquia to Walgreens. | Document produced on January 26, 2024. | Acquia | Walgreens | Acquia product subscriptions and services and dates regarding same are | The "net sales price" of Acquia product subscriptions and services are identified |

| | | | | | identified on Order Form, including Acquia Cloud Platform Plus. | on Order Form and total ███████ |
|---|---|---|---|---|---|---|
| Order Form (Acquia001553-1554) | Order raised by Acquia to Walgreens. | Document produced on January 26, 2024. | Acquia | Walgreens | Acquia product subscription and service and date regarding same is identified on Order Form, including Acquia Cloud Platform Plus. | The "net sales price" of Acquia product subscriptions and services are identified on Order Form and total ███████ |

**INTERROGATORY NO. 3:** Identify each and every Acquia product that is the basis for Your claim for commissions due from Your alleged referral of Bayer to Acquia as alleged in Complaint ¶ 22 and for each identified product, state; (a) The name of the Acquia product; (b) The date of the Acquia product initial subscription or service; (c) the date(s) of Acquia product subscription or service that are the basis of Your claim for unpaid commissions; and (d) net sales price of the subscription or services that is the basis of Your claim for unpaid commissions.

**RESPONSE:**

| Document Type | General Subject Matter | Date | Author | Recipients | The date(s) of Acquia product subscription or service that are the basis of Your claim for unpaid commissions | The net sales price of the subscription or services that is the basis of Your claim for unpaid commissions |
|---|---|---|---|---|---|---|
| Excel spreadsheet (Acquia001484-1513 - HIGHLY CONFIDENTIAL - Bayer Mars | "All Deals" between Bayer and Aquia, | Document produced by Acquia on | Acquia | Unknown | Acquia product subscriptions and services are | The "net sales price" of Acquia product subscriptions |

7

| Walgreens - All Deals 4879-4696-7203 v.1) | including (among other things) the opportunity record type, account name, opportunity name, stage, fiscal period, amount, exchange rate, USD amount, expected revenue currency, close date, created date, net total first year USD, total ACV, ACV bookings sum, non recurring revenue USD, upsell bookings USD, new bookings USD, and renewal bookings USD. | January 26, 2024. | | | identifiable by Acquia from the information contained in column E (Opportunity Name), rows 3 - 372. The date of Acquia product subscriptions and services that are the basis of Photon's claim for unpaid commissions is found in column P (Close Date). | and services for "Closed Won" are identified in column K (USD Amount) and totals ███████ |
| Order Form (Acquia001180-1181) | Order raised by Acquia to Bayer. | 8/10/2017 | Acquia | Bayer | Acquia product subscriptions and services | The "net sales price" of Acquia product |

8

| | | | | | and dates regarding same are identified on Order Form, including Acquia Cloud Site Factory. | subscriptions and services are identified on Order Form and total ██ |
|---|---|---|---|---|---|---|
| Order Document (Acquia001162-1177) | Order raised by Acquia to Bayer. | 4/20/2018 | Acquia | Bayer | Acquia product subscriptions and services and dates regarding same are identified on Order Document, including Acquia Cloud Site Factory and Acquia Life. | The "net sales price" of Acquia product subscriptions and services are identified on Order Form and total ██ |
| Order Form (Acquia001182-1183) | Order raised by Acquia to Bayer. | 11/6/2018 | Acquia | Bayer | Acquia product subscriptions and services and dates regarding same are identified on Order Form, including Acquia Cloud Site Factory. | The "net sales price" of Acquia product subscriptions and services are identified on Order Form and total ██ |
| Order Form (Acquia001178-1179) | Order raised by Acquia to Bayer. | 3/29/2019 | Acquia | Bayer | Acquia product subscriptions and services and dates regarding same are identified on Order Form, | The "net sales price" of Acquia product subscriptions and services are identified on Order Form and |

| | | | | | including Acquia Cloud. | total ███ |
|---|---|---|---|---|---|---|
| | | | | | | |

Dated:  March 27, 2024

FROST BROWN TODD LLP

By: */s/ Samuel E. Joyner*
    Erin P. Severini
    301 East Fourth Street, Suite 3300
    Cincinnati, OH 45202
    Telephone: (513) 651-6415
    Facsimile: (513) 651-6981
    eseverini@fbtlaw.com

    Samuel E. Joyner (admitted *pro hac vice*)
    2101 Cedar Springs Road, Suite 900
    Dallas, TX 75201
    Telephone: (214) 545-3472
    Facsimile: (214) 545-3473
    sjoyner@fbtlaw.com

*Attorneys for Plaintiff North America Photon Infotech, Ltd.*

## VERIFICATION

As for the interrogatory responses, signed under the pains and penalties of perjury this 27th day of March 2024.

*/s/ Christopher Sargent*
Christopher Sargent, General Counsel, on behalf of North America Photon Infotech, Ltd.

## **CERTIFICATE OF SERVICE**

In accordance with Federal Rule of Civil Procedure 5, I hereby certify that all counsel of

record who are deemed to have consented to electronic service are being served with a copy of this

document via electronic mail on March 27, 2024.

*/s/ Samuel E. Joyner*
Samuel E. Joyner
