UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
North America Photon Infotech, Ltd
    **Plaintiff**

    **v.**                                                        **Civil Action No. 1:22-cv-12052-FDS**

Acquia Inc.
    **Defendant**
_____

### ORDER OF DISMISSAL

**Saylor, D.J.**

In accordance with the Court's ORDER dated December 19, 2025 (Dkt. No. 201), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                                      By the Court,

12/19/2025                                              /s/ Melonie Cooke
Date                                                               Deputy Clerk